UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



**Jacob Barreras,**
Plaintiff,
v.
**Baxter Bailey & Associates and Adam Culpepper,**
Defendants.
Case No.: EP24CV0349

**PLAINTIFF'S NOTICE OF SETTLEMENT AND MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **Jacob Barreras**, and respectfully files this Notice of Settlement and Motion to Dismiss, and would show the Court as follows:

1. Plaintiff and Defendants, **Baxter Bailey & Associates and Adam Culpepper**, have reached a settlement agreement that resolves all claims asserted in the above-captioned lawsuit.
2. In light of this settlement, Plaintiff respectfully requests that this Court dismiss the case with prejudice.
3. Plaintiff further requests that each party bear its own costs and attorneys' fees

WHEREFORE, Plaintiff respectfully moves that this Court dismiss the case with prejudice and grant such other and further relief as the Court deems just and proper.

**DATED:** 09/25/24

Respectfully submitted,

Jacob Barreras
Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 09/25/24, a true and correct copy of the foregoing document was served via email to all counsel of record.


Jacob Barreras
Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**Jacob Barreras,**
Plaintiff,
v.
**Baxter Bailey & Associates and Adam Culpepper,**
Defendants.
**Case No.: EP24CV0349**

### ORDER GRANTING DISMISSAL WITH PREJUDICE

On this day, the Court considered the Plaintiff's **Motion to Dismiss** in the above-captioned case. After reviewing the motion and noting that the parties have reached a settlement agreement, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that:

1. The above-captioned case, **Case No. EP24CV0349**, is hereby DISMISSED WITH PREJUDICE.
2. Each party shall bear its own costs and attorneys' fees

It is so ORDERED.

**SIGNED on this** _____**, by**

**JUDGE LEON SCHYDLOWER**
UNITED STATES DISTRICT JUDGE