IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JACOB BARRERAS §<br>    Plaintiff, §<br>   §<br>vs. §<br>   §<br>BAXTER BAILEY & ASSOCIATES §<br>and ADAM CULPEPPER §<br>    Defendants. § | CIVIL ACTION NO. 3:24-cv-00349<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Notice of Settlement and Motion to Dismiss. [Dkt. 4]. Plaintiff advises the Court that the Parties have reached a settlement agreement that resolves all claims asserted in this matter and now seeks a dismissal with prejudice of all claims filed herein.

It is therefore **ORDERED** that the above-styled cause is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 17th day of January, 2025.

Michael J. Truncale
United States District Judge